**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL NO. 9
PAINTING INDUSTRY INSURANCE FUND et al.,

                Petitioners,                        22 **CIVIL** 6105 (LJL)

      -against-                            **JUDGMENT**

PAL AMG INC.,
                Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 5, 2023, the motion for summary judgment is GRANTED and the Award is CONFIRMED. Judgment is entered in favor of Petitioners and against Respondent in the amount of $16,459, consisting of (1) the arbitration award of $13,500; (2) $2,400 in attorneys' fees; and (3) $559 in costs. Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961. See Lewis v. Whelan, 99 F.3d 542, 545 (2d Cir. 1996) ("The award of post-judgment interest is mandatory on awards in civil cases as of the date judgment is entered."); accordingly, the case is closed.

**Dated**: New York, New York
       April 6, 2023

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                         **BY:**                 *K. Mango*
                                                        **Deputy Clerk**